IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                    No. CIV S-05-1339 FCD KJM P

   vs.

R. HOLTORF, et al.,

    Defendants.          ORDER
_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief under 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 under 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $250.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in

1

1  plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

2  Plaintiff's August 8, 2005 amended complaint states cognizable claims for relief
3  under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Holtorf and Smith. If the
4  allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the
5  merits of his First Amendment claims against these defendants. With respect to the other claims
6  and defendants identified in plaintiff's complaint, plaintiff's complaint fails to state a claim upon
7  which relief can be granted. Accordingly, the court will order service of process only upon
8  defendants Holtorf and Smith.

9  In accordance with the above, IT IS HEREBY ORDERED that:

10  1. Plaintiff's request for leave to proceed in forma pauperis is granted.

11  2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
12  The fee shall be collected and paid in accordance with this court's order to the Director of the
13  California Department of Corrections filed concurrently herewith.

14  3. Service is appropriate for the following defendants: Holtorf and Smith.

15  4. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
16  an instruction sheet and a copy of the amended complaint filed August 8, 2005.

17  5. Within thirty days from the date of this order, plaintiff shall complete the
18  attached Notice of Submission of Documents and submit the following documents to the court:

19  a. The completed Notice of Submission of Documents;

20  b. One completed summons;

21  c. One completed USM-285 form for each defendant listed in number 3
22  above; and

23  d. Three copies of the endorsed amended complaint filed August 8, 2005.

24  /////
25  /////
26  /////

1      6. Plaintiff need not attempt service on defendants and need not request waiver of
service. Upon receipt of the above-described documents, the court will direct the United States
Marshal to serve the above-named defendants as provided by Federal Rule of Civil Procedure 4
without payment of costs.

DATED: December 28, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] neig1339.1(8.8.05)

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH ALLEN NEIGHBORS,

11          Plaintiff,                  No. CIV-S-05-1339 FCD KJM P

12      vs.

13   R. HOLTORF, et al.,                NOTICE OF SUBMISSION

14          Defendants.                 OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          __1__     completed summons form

19          __2__     completed USM-285 forms

20          __3__     copies of the __8/8/05_____
                                    Amended Complaint

21   DATED:

22

23

24                                      _____
                                        Plaintiff
25

26