IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,             No. CIV S-05-1339 FCD KJM P

   vs.

R. HOLTORF, et al.,

    Defendants.         ORDER

_____/

      On January 13, 2006, plaintiff filed a request for reconsideration of the magistrate judge's order filed December 29, 2005 directing that process be served only upon defendants Holtorf and Smith.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed December 29, 2005, is affirmed.

DATED: March 16, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge