IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH ALLEN NEIGHBORS,** | 2:05-cv-1339 FCD KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **RONDA HOLTORF, et al,** | |
| Defendants. | |

Good cause appearing, Defendants are granted a 30 day extension to file a responsive pleading. Defendants' responsive pleading shall be due on or before June 12, 2006.

IT IS SO ORDERED.

Dated: May 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order Granting Defendants' First Request for an Extension of Time

1