IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                               No. CIV S-05-1339 FCD KJM P

    vs.

R. HOLTORF, et al.,

    Defendants.                             ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 6, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 29, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' June 6, 2006 motion to dismiss on or before July 27, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 14, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/mp neig1339.36