IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH ALLEN NEIGHBORS,

    Plaintiff,                                  No.  CIV S-05-1339 ALA P

    vs.

RONDA HOLTORF, et al.,

    Defendants.                             <u>ORDER</u>

_____/

        A suggestion of death upon the record pertaining to the death of plaintiff Kenneth Allen Neighbors was filed on March 27, 2007.  On April 30, 2007, the defendants filed a statement of fact of death upon the plaintiff's only known family member Mrs. Sue Clemens. Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper party must be made no later than ninety days after the death is suggested upon the record.  That time period has now expired, and no motion for substitution has been filed.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 3, 2007

                                              <u>/s/ Arthur L. Alarcón</u>
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation

ALA:bb
neighbors v holtorf 05-1339.sugdeath